**Frederick E. MELVIN, Plaintiff–Appellant,**

v.

**UNITED STEELWORKERS OF AMERICA, LOCAL 959; Mitch Huggins; Gideon A. Massey, Defendants–Appellees.**

No. 01–1454.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Frederick E. Melvin, pro se.

Theresa Faith Merrill, Assistant General Counsel, United Steelworkers of America, Pittsburgh, PA, for appellees.

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Frederick E. Melvin appeals the district court's orders dismissing his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Melvin v. United Steelworkers of America,* No. CA–00–63–5–BO (E.D.N.C. Jan. 11 & Mar. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*